**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **The Meatpackers, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **35-2573784** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1-3 Little West 12th Street**<br>**New York, NY 10014**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **The Meatpackers, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

————————

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11  *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **The Meatpackers, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **The Meatpackers, Inc.** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

▉ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  5, 2019**
                MM / DD / YYYY

X ___*Eric Cerato (signature)*___          **Eric Cerato**
Signature of authorized representative of debtor     Printed name

Title    **CEO**

**18. Signature of attorney**

X _____          Date ..... _____
Signature of attorney for debtor                    MM / DD / YYYY

Printed name _____

Firm name _____

Number, Street, City, State & ZIP Code _____

Contact phone _____    Email address _____

Bar number and State _____

**Fill in this information to identify the case:**

Debtor name    The Meatpackers, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☑ *Amended Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 5, 2019__    X _Eric Cerato_____
                                 Signature of individual signing on behalf of debtor

                                   **Eric Cerato**
                                   Printed name

                                   **CEO**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **The Meatpackers, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| All Covered Dept 33163 PO Box 39000 San Francisco, CA 94139-3163 | | Business Contractor | | | | $13,000.00 |
| Baldor PO Box 5411 New York, NY 10087-5411 | | Business Vendor | | | | $12,176.13 |
| Berkley Luxury Group MJD3 Associates 551 Fifth Avenue, 5th Floor New York, NY 10005 | | Business Insurance Provider | | | | $49,255.34 |
| Con Edison 4 Irving Place New York, NY 10003 | | Utility Service | | | | $7,674.98 |
| Cooling Guard 65-21 Grand Avenue Maspeth, NY 11378 | | HVAC Contractor Services | | | | $98,000.00 |
| D'Artagnan 600 Green Lane Union, NJ 07083 | | Business Vendor | | | | $10,469.16 |
| Dairyland P.O. Box 30943 New York, NY 10087-0943 | | Business Vendor | | | | $10,727.93 |
| Driscoll 6 Westbelt Wayne, NJ 07470 | | Business Vendor | | | | $12,266.19 |
| Fortessa 20412 Bashan Drive Ashburn, VA 20147 | | Business Supplies Vendor | | | | $6,773.97 |
| FSI 307 7th Avenue Suite 1001 New York, NY 10001 | | Architect Services | | | | $134,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

Debtor   **The Meatpackers, Inc.** _____   Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Grand CRU Selections 5 West 19th Street 3rd Floor New York, NY 10011 | | Business Vendor | | | | $7,410.00 |
| Jean Imbert 2 Square De Padirac 75016 Paris France | | Business Contractor | | | | $120,202.00 |
| M.Tucker 1200 Madison Avenue Paterson, NJ 07503-2813 | | Business Supplies Vendor | | | | $18,171.00 |
| Nathaniel Muller Law Office of Nathaniel Muller 1270 Broadway, Suite 806 New York, NY 10001 | | Legal Fees | | | | $40,000.00 |
| Skurnik Wines, Inc. 100 Jericho Quadrangle Suite 140 Jericho, NY 11753 | | Business Vendor | | | | $8,814.66 |
| Victoria Migliore 35 Bis Rue Jean De La Fontaine 75016 Paris France | | Business Contractor | | | | $7,500.00 |
| Violaine Et Jeremy 66 Boulevard Voltaire 75011 Paris France | | Business Contractor | | | | $9,212.67 |
| West Village 177 Christopher Street New York, NY 10014 | | Rental Arrears | | | | $380,000.00 |
| William Blanchet Blanchet CPA PLLC 2047 Locust Street, Suite 3F Philadelphia, PA 19103 | | Business Contractor | | | | $12,500.00 |
| Wilson Daniels Wholesale LLC 19 West 24th Street 7th Floor New York, NY 10010 | | Business Vendor | | | | $11,180.77 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

**Fill in this information to identify the case:**

Debtor name __The Meatpackers, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00** |
|---|---|---|---|
| | **All Covered**<br>**Dept 33163**<br>**PO Box 39000**<br>**San Francisco, CA 94139-3163** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Business Contractor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$512.00** |
|---|---|---|---|
| | **Angel's Share Wine Imports LLC**<br>**106 Ferris Street**<br>**Unit 1L**<br>**Brooklyn, NY 11231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Business Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,616.66** |
|---|---|---|---|
| | **AP Wine Imports**<br>**110 West 40th Street**<br>**Suite 501**<br>**New York, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Business Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$732.50** |
|---|---|---|---|
| | **Autotap Corporation**<br>**958 Grand Street**<br>**Brooklyn, NY 11201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Business Contractor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **The Meatpackers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,176.13**

**Baldor**
**PO Box 5411**
**New York, NY 10087-5411**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,255.34**

**Berkley Luxury Group**
**MJD3 Associates**
**551 Fifth Avenue, 5th Floor**
**New York, NY 10005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Insurance Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$801.00**

**Black Diamond Gourmet**
**1581 McDonald Avenue**
**Brooklyn, NY 11230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$302.25**

**Blue Moon Acres**
**PO Box 201**
**Buckingham, PA 18912**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Chef Collective LLC**
**100 Prince Street**
**Brooklyn, NY 11201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,255.64**

**Comstar Technologies**
**1155 Phoneixville Pike**
**Suite 114-115**
**West Chester, PA 19380**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **IT Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,674.98**

**Con Edison**
**4 Irving Place**
**New York, NY 10003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Utility Service**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The Meatpackers, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,000.00 |
|---|---|---|---|

**Cooling Guard**
**65-21 Grand Avenue**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2018_

Basis for the claim:  **HVAC Contractor Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Cross Fire and Security**
**1756 86th Street**
**N.Y.S. Dept of State**
**Brooklyn, NY 11214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2018_

Basis for the claim:  **Business Contractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,469.16 |
|---|---|---|---|

**D'Artagnan**
**600 Green Lane**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2018_

Basis for the claim:  **Business Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,727.93 |
|---|---|---|---|

**Dairyland**
**P.O. Box 30943**
**New York, NY 10087-0943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2018_

Basis for the claim:  **Business Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,266.19 |
|---|---|---|---|

**Driscoll**
**6 Westbelt**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2018_

Basis for the claim:  **Business Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,810.00 |
|---|---|---|---|

**Duclot La Vinicole, LLC**
**PO Box 101**
**Manhasset, NY 11030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2018_

Basis for the claim:  **Business Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,656.96 |
|---|---|---|---|

**Early Morning Seafood**
**120 Jackson Valley Road**
**Oxford, NJ 07863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2018_

Basis for the claim:  **Business Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **The Meatpackers, Inc.**
_____     Case number (if known) _____
             Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,634.01 |

**Ecolab**
**26252 Network Place**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Contractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,015.01 |

**Ecolab Pest Elimination**
**26252 Network Place**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Contractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,420.94 |

**Empire Merchants**
**16 Bridgewater Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,148.50 |

**Foraged and Founds**
**PO Box 31722**
**Seattle, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,773.97 |

**Fortessa**
**20412 Bashan Drive**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Supplies Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134,000.00 |

**FSI**
**307 7th Avenue**
**Suite 1001**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Architect Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

**Gaeta**
**25 Van Street**
**Staten Island, NY 10310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Contractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Meatpackers, Inc.**                                    Case number (if known) _____
                Name

| | | |
|---|---|---|
| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |

**3.26**  Nonpriority creditor's name and mailing address
**Grand CRU Selections**
**5 West 19th Street**
**3rd Floor**
**New York, NY 10011**

Date(s) debt was incurred  _2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$7,410.00

---

**3.27**  Nonpriority creditor's name and mailing address
**Grow NYC**
**100 Gold Street**
**Suite 3300**
**New York, NY 10038**

Date(s) debt was incurred  _2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$796.75

---

**3.28**  Nonpriority creditor's name and mailing address
**Happy Valley Meat Company**
**PO Box 2549**
**Astoria, NY 11102**

Date(s) debt was incurred  _2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$350.00

---

**3.29**  Nonpriority creditor's name and mailing address
**Haskell's Seafood**
**4603 Middle County Road**
**Calverton, NY 11933**

Date(s) debt was incurred  _2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$2,392.25

---

**3.30**  Nonpriority creditor's name and mailing address
**Icesurance**
**500 Fenimore Road**
**Mamaroneck, NY 10543**

Date(s) debt was incurred  _2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Contractor**

Is the claim subject to offset? ■ No  ☐ Yes

$1,519.90

---

**3.31**  Nonpriority creditor's name and mailing address
**Independence Wine and Spirits**
**165 Eileen Way**
**2nd Floor Suite D**
**Syosset, NY 11791**

Date(s) debt was incurred  _2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$1,621.15

---

**3.32**  Nonpriority creditor's name and mailing address
**Island Creek Oyster**
**630 Flushing Avenue**
**Brooklyn, NY 11206**

Date(s) debt was incurred  _2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$834.00

---

Debtor **The Meatpackers, Inc.**               Case number (if known) _____
     Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,202.00 |
|---|---|---|---|

**3.33** Nonpriority creditor's name and mailing address
**Jean Imbert**
**2 Square De Padirac**
**75016 Paris**
**France**

Date(s) debt was incurred _2018_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Contractor**

Is the claim subject to offset? ■ No ☐ Yes

**$120,202.00**

---

**3.34** Nonpriority creditor's name and mailing address
**Johanna Kolodny**
**8 West 19th Street**
**Apt # 4**
**New York, NY 10011**

Date(s) debt was incurred _2018_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,000.00**

---

**3.35** Nonpriority creditor's name and mailing address
**Korin**
**233 Broadway**
**Suite 1801**
**New York, NY 10279**

Date(s) debt was incurred _2018_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Supplies Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,067.48**

---

**3.36** Nonpriority creditor's name and mailing address
**Lobster Place**
**405 Barretto Street**
**Bronx, NY 10474**

Date(s) debt was incurred _2018_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,414.14**

---

**3.37** Nonpriority creditor's name and mailing address
**M.S. Walker**
**975 University Avenue**
**Attn Credit**
**Norwood, MA 02062**

Date(s) debt was incurred _2018_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,204.00**

---

**3.38** Nonpriority creditor's name and mailing address
**M.Tucker**
**1200 Madison Avenue**
**Paterson, NJ 07503-2813**

Date(s) debt was incurred _2018_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Supplies Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$18,171.00**

---

**3.39** Nonpriority creditor's name and mailing address
**Manhattan Fire and Safety**
**242 W 30th Street**
**Room 701**
**New York, NY 10001**

Date(s) debt was incurred _2018_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Contractor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,849.32**

---

Debtor   **The Meatpackers, Inc.**                                    Case number (if known) _____
         Name

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,512.00 |

**Martin Bournhonesque**
**814A Portero Avenue**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,658.00 |

**Martin Scott Wines New York**
**31 West 27th Street**
**7th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

**Masterfire Prevention**
**1776 East Tremont Avenue**
**Bronx, NY 10460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

Basis for the claim:  **Business Contractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.00 |

**MHW Ltd./Haus Alpenz USA**
**1129 Northern Blvd**
**Manhasset, NY 11030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387.20 |

**Multivac**
**11021 N Pomona Avenue**
**Kansas City, MO 64153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

Basis for the claim:  **Business Supplies Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |

**Nathaniel Muller**
**Law Office of Nathaniel Muller**
**1270 Broadway, Suite 806**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.25 |

**Norwich Meadows Farm**
**105 Old Stone Road**
**Norwich, NY 13815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Meatpackers, Inc.**
_____
Name

Case number (if known) _____

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,315.00 |

**NYC Fire Department**
**9 Metro Tech Center**
**Cashier's Office**
**Brooklyn, NY 11201-3857**

Date(s) debt was incurred  _2018_

Last 4 digits of account number _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Contractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |

**OCG Internet/Phone Services**
**79-24 71st Avenue**
**Ridgewood, NY 11385**

Date(s) debt was incurred  _2018_

Last 4 digits of account number _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,020.00 |

**Opinel USA**
**4118 N Nashville Avenue**
**Chicago, IL 60634**

Date(s) debt was incurred  _2018_

Last 4 digits of account number _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Supplies Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,724.25 |

**Piccini Brothers**
**633 9th Avenue**
**Front 1**
**New York, NY 10036**

Date(s) debt was incurred  _2018_

Last 4 digits of account number _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.54 |

**Plantin**
**9 East 47th Street**
**Suite 3**
**New York, NY 10017**

Date(s) debt was incurred  _2018_

Last 4 digits of account number _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,457.00 |

**PM Spirits Distributing Corp**
**PO Box 370736**
**Brooklyn, NY 11237**

Date(s) debt was incurred  _2018_

Last 4 digits of account number _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,516.23 |

**Polaner Selection**
**19 N Moser Avenue**
**Suite A**
**Mount Kisco, NY 10549**

Date(s) debt was incurred  _2018_

Last 4 digits of account number _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **The Meatpackers, Inc.**                                              Case number (if known) _____
        Name

| | |
|---|---|
| **3.54** | **Nonpriority creditor's name and mailing address** |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|

**3.54** Nonpriority creditor's name and mailing address
**Propulse**
**2 Rue Jean-Baptiste**
**Lallemand 21000 Dijon**
**France**

Date(s) debt was incurred __2018__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Contractor__

Is the claim subject to offset? ■ No  ☐ Yes

**$6,500.00**

---

**3.55** Nonpriority creditor's name and mailing address
**S.K.I. Beer Corp.**
**169 Gardner Avenue**
**Brooklyn, NY 11237**

Date(s) debt was incurred __2018__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Vendor__

Is the claim subject to offset? ☐ No  ☐ Yes

**$269.74**

---

**3.56** Nonpriority creditor's name and mailing address
**Sam Morris**
**1577 York Avenue**
**Suite 4C**
**New York, NY 10028**

Date(s) debt was incurred __2018__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Contractor__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,500.00**

---

**3.57** Nonpriority creditor's name and mailing address
**Skurnik Wines, Inc.**
**100 Jericho Quadrangle**
**Suite 140**
**Jericho, NY 11753**

Date(s) debt was incurred __2018__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Vendor__

Is the claim subject to offset? ☐ No  ☐ Yes

**$8,814.66**

---

**3.58** Nonpriority creditor's name and mailing address
**Southern Glazer's of NY Metro**
**PO Box 3143**
**Hicksville, NY 11802**

Date(s) debt was incurred __2018__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,992.57**

---

**3.59** Nonpriority creditor's name and mailing address
**T. Edward Wines LTD**
**Accounting Office**
**PO Box 242**
**Gardiner, NY 12525**

Date(s) debt was incurred __2018__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$870.00**

---

**3.60** Nonpriority creditor's name and mailing address
**T.Elenteny Imports**
**285 W. Broadway**
**Suite 500**
**New York, NY 10013**

Date(s) debt was incurred __2018__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,188.00**

---

Debtor   **The Meatpackers, Inc.** _____    Case number (if known) _____
         Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $943.99 |

**To Rise Supplies**
**118-40 Montauk Street**
**Saint Albans, NY 11412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Supplies Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.37 |

**Union Beer Distributors**
**1213-17 Grand Street**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.00 |

**Verity Wines LLC**
**PO Box 1826**
**New York, NY 10156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |

**Victoria Migliore**
**35 Bis Rue Jean De La Fontaine**
**75016 Paris**
**France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Contractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,212.67 |

**Violaine Et Jeremy**
**66 Boulevard Voltaire**
**75011 Paris**
**France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Contractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,768.28 |

**W.B. Mason**
**59 Centre Street**
**Brockton, MA 02301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Supplies Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380,000.00 |

**West Village**
**177 Christopher Street**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Rental Arrears**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **The Meatpackers, Inc.**                                                           Case number (if known) _____
        Name

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,195.73 |
|---|---|---|---|

**White Plains Linen**
**4 John Walsh Boulevard**
**Peekskill, NY 10566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Supplies Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|---|

**William Blanchet**
**Blanchet CPA PLLC**
**2047 Locust Street, Suite 3F**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Contractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,180.77 |
|---|---|---|---|

**Wilson Daniels Wholesale LLC**
**19 West 24th Street**
**7th Floor**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,715.84 |
|---|---|---|---|

**Winebow Headquarters**
**4800 Cox Road**
**Suite 300**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Yves Muller**
**Banym**
**1270 Broadway, Suite 806**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Business Contractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,072,970.25 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 1,072,970.25 |

## United States Bankruptcy Court
### Southern District of New York

In re    __The Meatpackers, Inc._____

                                    _____
                                         Debtor(s)

Case No. _____
Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __March  5, 2019_____

                                    _____
                                    **Eric Cerato/CEO**
                                    Signer/Title

ALL COVERED
DEPT 33163
PO BOX 39000
SAN FRANCISCO, CA 94139-3163

ANGEL'S SHARE WINE IMPORTS LLC
106 FERRIS STREET
UNIT 1L
BROOKLYN, NY 11231

AP WINE IMPORTS
110 WEST 40TH STREET
SUITE 501
NEW YORK, NY 10018

AUTOTAP CORPORATION
958 GRAND STREET
BROOKLYN, NY 11201

BALDOR
PO BOX 5411
NEW YORK, NY 10087-5411

BERKLEY LUXURY GROUP
MJD3 ASSOCIATES
551 FIFTH AVENUE, 5TH FLOOR
NEW YORK, NY 10005

BLACK DIAMOND GOURMET
1581 MCDONALD AVENUE
BROOKLYN, NY 11230

BLUE MOON ACRES
PO BOX 201
BUCKINGHAM, PA 18912

CHEF COLLECTIVE LLC
100 PRINCE STREET
BROOKLYN, NY 11201

COMSTAR TECHNOLOGIES
1155 PHONEIXVILLE PIKE
SUITE 114-115
WEST CHESTER, PA 19380

CON EDISON
4 IRVING PLACE
NEW YORK, NY 10003


COOLING GUARD
65-21 GRAND AVENUE
MASPETH, NY 11378


CROSS FIRE AND SECURITY
1756 86TH STREET
N.Y.S. DEPT OF STATE
BROOKLYN, NY 11214


D'ARTAGNAN
600 GREEN LANE
UNION, NJ 07083


DAIRYLAND
P.O. BOX 30943
NEW YORK, NY 10087-0943


DRISCOLL
6 WESTBELT
WAYNE, NJ 07470


DUCLOT LA VINICOLE, LLC
PO BOX 101
MANHASSET, NY 11030


EARLY MORNING SEAFOOD
120 JACKSON VALLEY ROAD
OXFORD, NJ 07863


ECOLAB
26252 NETWORK PLACE
CHICAGO, IL 60673-1262


ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO, IL 60673-1262


EMPIRE MERCHANTS
16 BRIDGEWATER STREET
BROOKLYN, NY 11222

FORAGED AND FOUNDS
PO BOX 31722
SEATTLE, WA 98103


FORTESSA
20412 BASHAN DRIVE
ASHBURN, VA 20147


FSI
307 7TH AVENUE
SUITE 1001
NEW YORK, NY 10001


GAETA
25 VAN STREET
STATEN ISLAND, NY 10310


GRAND CRU SELECTIONS
5 WEST 19TH STREET
3RD FLOOR
NEW YORK, NY 10011


GROW NYC
100 GOLD STREET
SUITE 3300
NEW YORK, NY 10038


HAPPY VALLEY MEAT COMPANY
PO BOX 2549
ASTORIA, NY 11102


HASKELL'S SEAFOOD
4603 MIDDLE COUNTY ROAD
CALVERTON, NY 11933


ICESURANCE
500 FENIMORE ROAD
MAMARONECK, NY 10543


INDEPENDENCE WINE AND SPIRITS
165 EILEEN WAY
2ND FLOOR SUITE D
SYOSSET, NY 11791

ISLAND CREEK OYSTER
630 FLUSHING AVENUE
BROOKLYN, NY 11206


JEAN IMBERT
2 SQUARE DE PADIRAC
75016 PARIS
FRANCE


JOHANNA KOLODNY
8 WEST 19TH STREET
APT # 4
NEW YORK, NY 10011


KORIN
233 BROADWAY
SUITE 1801
NEW YORK, NY 10279


LOBSTER PLACE
405 BARRETTO STREET
BRONX, NY 10474


M.S. WALKER
975 UNIVERSITY AVENUE
ATTN CREDIT
NORWOOD, MA 02062


M.TUCKER
1200 MADISON AVENUE
PATERSON, NJ 07503-2813


MANHATTAN FIRE AND SAFETY
242 W 30TH STREET
ROOM 701
NEW YORK, NY 10001


MARTIN BOURNHONESQUE
814A PORTERO AVENUE
SAN FRANCISCO, CA 94110


MARTIN SCOTT WINES NEW YORK
31 WEST 27TH STREET
7TH FLOOR
NEW YORK, NY 10001

MASTERFIRE PREVENTION
1776 EAST TREMONT AVENUE
BRONX, NY 10460


MHW LTD./HAUS ALPENZ USA
1129 NORTHERN BLVD
MANHASSET, NY 11030


MULTIVAC
11021 N POMONA AVENUE
KANSAS CITY, MO 64153


NATHANIEL MULLER
LAW OFFICE OF NATHANIEL MULLER
1270 BROADWAY, SUITE 806
NEW YORK, NY 10001


NORWICH MEADOWS FARM
105 OLD STONE ROAD
NORWICH, NY 13815


NYC FIRE DEPARTMENT
9 METRO TECH CENTER
CASHIER'S OFFICE
BROOKLYN, NY 11201-3857


OCG INTERNET/PHONE SERVICES
79-24 71ST AVENUE
RIDGEWOOD, NY 11385


OPINEL USA
4118 N NASHVILLE AVENUE
CHICAGO, IL 60634


PICCINI BROTHERS
633 9TH AVENUE
FRONT 1
NEW YORK, NY 10036


PLANTIN
9 EAST 47TH STREET
SUITE 3
NEW YORK, NY 10017

PM SPIRITS DISTRIBUTING CORP
PO BOX 370736
BROOKLYN, NY 11237


POLANER SELECTION
19 N MOSER AVENUE
SUITE A
MOUNT KISCO, NY 10549


PROPULSE
2 RUE JEAN-BAPTISTE
LALLEMAND 21000 DIJON
FRANCE


S.K.I. BEER CORP.
169 GARDNER AVENUE
BROOKLYN, NY 11237


SAM MORRIS
1577 YORK AVENUE
SUITE 4C
NEW YORK, NY 10028


SKURNIK WINES, INC.
100 JERICHO QUADRANGLE
SUITE 140
JERICHO, NY 11753


SOUTHERN GLAZER'S OF NY METRO
PO BOX 3143
HICKSVILLE, NY 11802


T. EDWARD WINES LTD
ACCOUNTING OFFICE
PO BOX 242
GARDINER, NY 12525


T.ELENTENY IMPORTS
285 W. BROADWAY
SUITE 500
NEW YORK, NY 10013


TO RISE SUPPLIES
118-40 MONTAUK STREET
SAINT ALBANS, NY 11412

UNION BEER DISTRIBUTORS
1213-17 GRAND STREET
BROOKLYN, NY 11211


VERITY WINES LLC
PO BOX 1826
NEW YORK, NY 10156


VICTORIA MIGLIORE
35 BIS RUE JEAN DE LA FONTAINE
75016 PARIS
FRANCE


VIOLAINE ET JEREMY
66 BOULEVARD VOLTAIRE
75011 PARIS
FRANCE


W.B. MASON
59 CENTRE STREET
BROCKTON, MA 02301


WEST VILLAGE
177 CHRISTOPHER STREET
NEW YORK, NY 10014


WHITE PLAINS LINEN
4 JOHN WALSH BOULEVARD
PEEKSKILL, NY 10566


WILLIAM BLANCHET
BLANCHET CPA PLLC
2047 LOCUST STREET, SUITE 3F
PHILADELPHIA, PA 19103


WILSON DANIELS WHOLESALE LLC
19 WEST 24TH STREET
7TH FLOOR
NEW YORK, NY 10010


WINEBOW HEADQUARTERS
4800 COX ROAD
SUITE 300
GLEN ALLEN, VA 23060

YVES MULLER
BANYM
1270 BROADWAY, SUITE 806
NEW YORK, NY 10001